1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: Jarrod Reed Erwin | § | CASE NO. 23-31315-H5-13 |
| | § | |
| Debtor | § | (Chapter 13) |
| | § | |
| | § | |
| Reverend Cedric V. Alexander, | § | |
| Reverend Reuben J. Boyd, Jr., | § | |
| Reverend A. Offord Carmichael, Jr., | § | |
| Reverend Diane Conley, | § | |
| Matthew Ewing, | § | |
| Reverend Pearce Ewing, | § | |
| Reverend Charles R. Jackson, | § | |
| Reverend Marcius King, | § | ADV. NO. 23-03148 |
| Phillip Russ, IV, | § | |
| Reverend Derrell Wade, | § | |
| on behalf of themselves and | § | |
| others similarly situated, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| Jarrod Reed Erwin | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

1

## STIPULATION OF VOLUNTARY DISMISSAL
## (FRBP 7041 AND FRCP 41)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, which applies to adversary proceedings via Rule 7041 of the Federal Rules of Bankruptcy Procedure, the undersigned Parties and/or their respective counsel hereby stipulate to the dismissal of all claims in this adversary proceeding, with each party to bear their own costs.

Dated: August 16, 2024.

*/s/ Matthew E. Lee*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Matthew E. Lee
900 W. Morgan Street
Raleigh, NC 27603
919-600-5000
Fax: 919-600-5035
mlee@milberg.com

Randi Kassan
100 Garden City Plaza
Suite 500
Garden City, NY 11530
516-741-5600
rkassan@milberg.com

*Attorneys for Plaintiffs*

*/s/ Reese W. Baker*
**BAKER & ASSOCIATES**
Reese W. Baker
950 Echo Lane, Suite 300
Houston, Texas 77024
713-869-9200
Fax: 713-869-9100
courtdocs@bakerassociates.net

*Attorneys for the Defendant*